AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2014 MAY 20 AM 9:19
CLERK-LAS CRUCES

United States of America )
v. )
) Case No: 14 MJ 1704
Ricardo Antonio SALGADO-Gutierrez )
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of May 18, 2014 in the county of Hidalgo in the State and District of New Mexico, the defendant violated 8 U.S.C. §1326(a)(1),(2)(Re-Entry After Deport), an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On May 18, 2014, Agents of the Lordsburg, New Mexico Border Patrol Station encountered the defendant in Hidalgo County, New Mexico. The defendant was questioned as to his citizenship to which he stated that he was a citizen of Mexico illegally present in the United States. The defendant did not cross through a lawful Port of Entry; therefore, he was not admitted or paroled by an Immigration Officer. Immigration checks revealed that the defendant was last removed on or about February 16, 2012, from the United States to Mexico through San Ysidro, California. There is no evidence to show that the defendant has applied for or received permission from the proper authorities to be or remain in the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Anthony G. Montes  BORDER PATROL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 20, 2014

City and state: Las Cruces, N.M.

*Judge's signature*

LOURDES A. MARTINEZ
U.S. MAGISTRATE JUDGE
*Printed name and title*