UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE LOURDES A. MARTINEZ**

CRIMINAL CLERK'S MINUTES at Las Cruces

CASE NUMBER: **MJ 14-1704**   DATE: **5/20/14**   TAPE NUMBER: **LCR SIERRA BLANCA**

CLERK**: JAIME SEGOVIA**   TYPE OF HEARING: **INITIAL/DETENTION**

| DEFENDANT(S): | ATTORNEY(S): | Appt'd | Ret'd |
|---|---|---|---|
| **RICARDO ANTONIO SALGADO-GUTIERREZ** | **FPD STANDING IN- ROBERT KINNEY** | ☒ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |

USA by **RENEE CAMACHO,** Asst. U. S. Attorney           Interpreter: **CHRIS GRIFFIN**

Pretrial Officer present: **BRENDA RICHARDSON**   Court in Session: **8:40-8:44; 8:57-9:05 A.M. (1 MIN)**

☒ Agent sworn in OPEN COURT

☒ Court questions Defendant regarding his/her physical and mental conditions, address, age, education

☒ Court advises defendant(s) of possible penalties

☒ Court advises defendant(s) of all constitutional rights

☒ ORAL Motion for detention Hearing by Government

☐ Court grants Government's ☐ Defense ☐ oral motion to continue detention hearing

☐ Waiver of preliminary hearing & right to grand jury presentment filed in open court

☒ Defendant(s) in custody

☒ Defendant(s) detained without bond as: Risk of Flight ☒   Danger to Community ☐

☐ Conditions of Release set at:

☐ Other: